DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEIDI GERSTEN,**
Appellant,

v.

**MRH PROPERTIES, LLC,**
Appellee.

Nos. 4D21-1648 and 4D21-2028

[March 10, 2022]

Consolidated appeals from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case No. 50-2021-CC-001777-XXXX-SB.

Heidi Gersten, Lantana, pro se.

Leslie W. Langbein of Langbein & Langbein, P.A., Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***